IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS E. FOLINO,<br>　　Plaintiff, | )<br>)<br>) |
| Vs. | )　　Civil Action No. 05-174 Erie<br>) |
| MERCK & CO.,<br>　　Defendant. | )<br>)<br>) |

### **O R D E R**

AND NOW, to with, this 27th day of October, 2005,

IT IS HEREBY ORDERED that this case is marked administratively closed. It appears no further action is required by the Court at this time.

　　　　　　　　　　　　　　　　　　　　S/Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: all parties of record